## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ALLEN POLK | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:11CV00525   SWW |
| PULASKI COUNTY, ET AL. | * | |
| | * | |
| Defendants | * | |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's Motion to Voluntarily Dismiss (docket entry #3) is GRANTED, and this case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE.

2.    Plaintiff's Application to Proceed *In Forma Pauperis* (docket entry #1) is DISMISSED, AS MOOT.

3.    The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED THIS 5TH  DAY OF AUGUST, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE